UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GROSSMAN,<br>    Plaintiff,<br>    v.<br>UNITED PARCEL SERVICE, INC.,<br>    Defendant. | Case No. 13-cv-2824 PJH<br><br>**JUDGMENT** |

This action came on for hearing before the court, and the issues having been duly heard and the court having granted defendant's motion for summary judgment,

    it is Ordered and Adjudged

    that judgment is entered in favor of defendant United Parcel Service, Inc., and against plaintiff Steven Grossman, on the claims asserted against it.

**IT IS SO ORDERED.**

Dated: May 21, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge